UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| Poppin, Inc., | ) | |
|     *Plaintiff*, | ) | Court No. 20-00158 |
| v. | ) | |
| United States, | ) | |
|     *Defendant*. | ) | |

| | | |
|---|---|---|
| Lighting Partners Jax, Inc., | ) | |
|     *Plaintiff*, | ) | Court No. 20-03529 |
| v. | ) | |
| United States, | ) | |
|     *Defendant*. | ) | |

## **STIPULATION OF DISMISSAL**

Please take notice that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in these actions and those actions listed on the attached schedule hereby dismisses these actions with prejudice and those listed on the attached schedule.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher M. Kane | BRIAN M. BOYNTON |
| Daniel J. Gluck | Principal Deputy Assistant Attorney |
| Mariana del Rio Kostenwein | General |
| | |
| Simon Gluck & Kane LLP | PATRICIA M. McCARTHY |
| 535 Fifth Avenue | Director |
| 4th Floor | |
| New York, NY 10017 | L. MISHA PREHEIM |
| Tel: (212) 775-0055 x230 | Assistant Director |

Fax: (212) 839-9103

*Attorneys for Plaintiffs*

JUSTIN R. MILLER
Attorney-In-Charge,
International Trade Field Office

*[signature]*

_____
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278
Tel: 212-264-2107
Fax: 212-264-1916

ELIZABETH SPECK
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendant*

Schedule to Stipulation of Dismissal

| Court No. | Plaintiff(s) Name |
|---|---|
| 20-00158 | Poppin, Inc. |
| 20-03529 | Lighting Partners Jax, Inc., |

Order of Dismissal

    These actions and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal with prejudice by all parties having appeared in the action, are dismissed with prejudice.

Dated: _____

                                      Clerk, U. S. Court of International Trade


                                      By: _____
                                      Deputy Clerk